PROB 12C
(7/93)

United States District Court

for the

Eastern District of Washington

Report Date: January 30, 2012

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 30 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon A. Breaux       Case Number: 2:11CR00153-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable John D. Rainey
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 2/5/2007

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>Felon in Possession of a Firearm | |
| Original Sentence: | Prison - 63 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | unassigned | Date Supervision Commenced: 10/27/2010 |
| Defense Attorney: | unassigned | Date Supervision Expires: 10/26/2013 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On January 27, 2012, at 1:30 a.m., Spokane police conducted a traffic stop. The driver fled in the vehicle. The vehicle was located several blocks away from the traffic stop unoccupied. Police located the driver with the assistance of a dog, and identified the driver as Brandon Breaux. He was arrested and booked into the Spokane County Jail for the offense of attempt to elude a police vehicle. |
| 2 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: When the defendant was arrested for the above-noted offense, he was found to be in possession of a green leafy substance that was suspected to be marijuana. He made a statement to officers, without being questioned, that he fled from the police because he was freaked out over the marijuana. |

    3    **Special Condition # 14**: DRUG TREATMENT: The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.

**Supporting Evidence**: On January 26, 2012, Brandon Breaux failed to report for urinalysis testing at Pioneer Human Services, as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/30/2012

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/30/12
Date