PROB 12C
(7/93)

Report Date: FILE50 IN THE 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# United States District Court

### for the

FEB 02 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon A. Breaux          Case Number: 2:11CR00153-001

Address of Offender·                                    7

Name of Sentencing Judicial Officer:  The Honorable Harold L. Ryan

Name of Supervising Judicial Officer:  The Honorable Wm.Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence:  2/5/2007

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924(a)(2)

Original Sentence:     Prison - 63 Months;          Type of Supervision:  Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Pamela J. Byerly             Date Supervision Commenced:  10/27/2010

Defense Attorney:      Andrea George              Date Supervision Expires:  10/26/2013

---

## PETITIONING THE COURT

        **To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on January 30, 2012.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
| | **Supporting Evidence**: When the defendant was stopped by Spokane police on January 27, 2012, he had a male passenger in his vehicle.  Following the defendant eluding police and being apprehended, the male passenger was also located. The male passenger was identified as David J. Wilson, who had an active Washington State Department of Corrections felony warrant for his arrest. A review of Mr. Wilson's criminal history reflects 15 felony convictions in the State of Washington. |

**Prob12C**
**Re: Breaux, Brandon A.**
**February 2, 2012**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    2/2/2012
_____

s/Richard Law
_____

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[✗]    The incorporation of the violation contained in this
        petition with the other violations pending before the
        Court.
[  ]    Other

_____
Signature of Judicial Officer

2/2/12
_____
Date